JS6

1  STEVEN M. SCHNEIDER (SBN 58241)
   sms@msk.com
2  JENNIFER A. ZIMBROFF (SBN 260681)
   jaz@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendant
   WILSHIRE BOULEVARD TEMPLE

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| JILL GATEMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILSHIRE BOULEVARD TEMPLE, a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. CV 11-6452 PA (SHx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CIVIL ACTION WITH PREJUDICE**<br><br>ORDER |

Mitchell Silberberg & Knupp LLP
4202649.2

1
STIPULATION FOR DISMISSAL OF ENTIRE CIVIL ACTION WITH PREJUDICE

Plaintiff JILL GATEMAN, and Defendant WILSHIRE BOULEVARD TEMPLE, a California religious corporation, who are all of the parties herein, by and through their respective duly authorized attorneys of record herein hereby stipulate to the dismissal of this entire civil action, <u>with prejudice</u>, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to pay its own attorneys' fees and costs.

DATED: January 3, 2012                GOLAN LAW P.C.

                                      By: s/Jeremy M. Golan
                                          Jeremy M. Golan, Attorney for
                                          Plaintiff Jill Gateman

DATED: January 3, 2012                MITCHELL SILBERBERG & KNUPP LLP

                                      By: s/ Steven M. Schneider
                                          Steven M. Schneider, Attorneys for
                                          Defendant Wilshire Boulevard Temple

IT IS SO ORDERED

Dated _____

_____
United States District Judge